**Order entered February 22, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00976-CV

## SHAMIM A. CHOWDHURY AND LIZA S. CHOWDHURY, Appellants

## V.

## THE LENDING PARTNERS, LLC, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-06710-D**

## ORDER

The clerk's record is past due. By letter dated January 22, 2021, the district clerk's office notified the Court that the clerk's record will be filed once appellants pay the clerk's fee. Before the Court is appellants' February 11, 2021 "Request for Fee Waiver of Appellate Court Costs Under TRAP 20" which we construe as a motion to allow them to proceed without costs in this appeal. In the motion, appellants explain that they filed a statement of inability to afford payment of court

costs in the trial court on November 11, 2019.[1]  *See* TEX. R. CIV. P. 145(a). Appellants' statement of inability filed in the trial court permits them to proceed in this Court without advance payment of costs.  *See* TEX. R. APP. P. 20.1(b)(1) (party who files statement of inability in trial court not required to pay costs in appellate court unless trial court overruled party's claim of indigence by signed order). Accordingly, we **ORDER** John Warren, Dallas County Clerk, to file the clerk's record **within ten days** of the date of this order.

Appellants indicated on the docketing statement that they did not request the reporter's record.  Appellants also did not respond to this Court's January 5, 2021 letter requesting that they provide, within ten days, written verification that they had requested the reporter's record.  Accordingly, we **ORDER** the appeal be submitted without the reporter's record.  *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Mr. Warren and all parties.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE

---

[1] This filing is reflected on the trial court's website.